UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEQUISE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO,<br><br>　　　　Defendant. | No. 2:25-cv-0066 CSK P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed February 12, 2025, plaintiff was ordered to file within thirty days a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the Court's order and has not filed the required document.

　　　　In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 26, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Will66.fifp/2