UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEQUISE WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO,<br><br>  Defendant. | No. 2:25-cv-00066-DAD-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. No. 9) |

Plaintiff Dequise Williams is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On March 26, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with a court order. (Doc. No. 9.) In particular, on February 12, 2025, the magistrate judge issued an order directing plaintiff to submit a certified copy of his inmate trust account statement within thirty days. (Doc. No. 8.) Plaintiff was warned that his failure to comply with that order would result in a recommendation that this action be dismissed. (*Id*. at 1.) Plaintiff did not comply with the court's order or respond in any way.

1

1  The pending findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 9 at 1.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 26, 2025 (Doc. No. 9) are ADOPTED in full;
2. This action is DISMISSED, without prejudice, due to plaintiff's failure to comply with a court order and failure to prosecute this action; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **July 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2